**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | Case No.: 3:06cv36/RV/EMT |

                Plaintiffs,

v.

RON MAYNOR,

                Defendant._____/

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

    1.    Plaintiffs' Motion for Default Judgment is hereby granted.

    2.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the

sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

      3.      Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Ninety Dollars. ($ 290.00).

      4.      Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"For Always," on album "2000 Watts," by artist "Tyrese" (SR# 293-345);

"Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);

"Right Here Waiting," on album "Repeat Offender Richard Marx" (SR# 103-712);

"Smooth Operator," on album "Diamond Life," by artist "Sade" (SR# 69-105);

"Just Like Me," on album "My Way," by artist "Usher" (SR# 257-730);

"Beauty," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);

"Kiss You," on album "Didn't See Me Coming," by artist "Keith Sweat" (SR# 293-086);

"Waiting For A Girl Like You," on album "Foreigner 4," by artist "Foreigner" (SR# 27-769);

"Cherish The Day," on album "Love Deluxe," by artist "Sade" (SR# 183-731);

"No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DONE AND ORDERED in Pensacola, Florida this 15th day of May, 2006.

By: /s/ *Roger Vinson*
Roger Vinson
Senior United States District Judge

cc:    Meredith Frank, Esq.

Ron Maynor
6519 Chicago Ave
Pensacola, FL 32526-9000